[No. 47363-8-I.   Division One.   October 22, 2001.]

*In the Matter of the Estate of* ANNA K. JOHNSON.

OSCAR JOHNSON, ET AL., *Appellants*, v. LISA HILL, *as Successor Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-4-02075-2, Stephen Gaddis, J. Pro Tem., entered August 24, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Baker, J.

[No. 47457-0-I.   Division One.   October 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALBERT MEYERING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03996-0, Anthony P. Wartnik, J., entered September 1, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47777-3-I.   Division One.   October 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAN D. CHISOLM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04112-4, Ann Schindler, J., entered November 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48326-9-I.   Division One.   October 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. KING, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No 93-1-04225-2, Douglass A. North, J., entered March 19, 2001. *Reversed* by unpublished per curiam opinion.